THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CALMAN COOPER, HARRY A. STEIN and NATHAN WISSNER, Appellants.

Submitted January 21, 1955; decided January 21, 1955.

Motion for an order pursuant to section 503 of the Code of Criminal Procedure granted. [See 303 N. Y. 856; 306 N. Y. 867; 307 N. Y. 253; 308 N. Y. 747.]

HUGH K. BENNETT et al., Respondents, *v.* IRVING TRUST COMPANY, Appellant.

Submitted February 21, 1955; decided February 22, 1955.

*Arnold L. Fein* for motion.

No one opposed.

Motion to dismiss appeal or, in the alternative, for an order precluding appellant from filing a brief denied and case set down for argument during the second week of the February, 1955, session of the Court of Appeals.